# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARREN LUNFORD, | ) | 3:13-cv-00404-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 13, 2015 |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Extend Copywork Limit. (Doc. # 22.) Plaintiff's two page form motion does not specify an amount, nor is his motion signed. The Defendants have filed a limited opposition to Plaintiff's motion, stating that they would not oppose a nominal amount of an increase of ten ($10.00) dollars. (Doc. # 24.)

An inmate plaintiff does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) ("numerous courts have rejected any constitutional right to free and unlimited photocopying"). Nevada Department of Corrections (NDOC) Administrative Regulation (AR) 722 governs copying of legal documents by inmates, and provides, "[c]opies of legal documents requested by inmates may be made for a nominal fee." AR 722.01(9), *available at* http://www.doc.nv.gov/?q=node/68. "Inmates can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." *Id*.

A court may order a prison to provide additional photocopying when the prisoner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties. *See, e.g., Allen v. Clark County Detention Center*, 2011 WL 886343, at * 2 (D. Nev. March 11, 2011).

**MINUTES OF THE COURT**
3:13-cv-00404-RCJ-WGC
Date:  January 13, 2015
Page 2
_____

There is not currently a motion for summary judgment pending; however, a scheduling order has been issued in this matter and the case should be proceeding with discovery.  Despite the infirmities in Plaintiff's motion outlined above, the court will **GRANT** Plaintiff's request for an extension of the copywork limit in the amount of **$10.00.**

Lastly, the court notes that on August 26, 2013, Plaintiff filed a notice of change of address advising that his former address, Northern Nevada Correctional Center (NNCC) changed and that he is currently housed at High Desert State Prison (HDSP). (Doc. #4.)  The Defendants, however, have continued to serve their documents on Plaintiff at both NNCC and HDSP.  If, however, Plaintiff is currently incarcerated at the HDSP facility, then Defendants should make that correction on their certificates of service to insure Plaintiff is receiving copies of their submissions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
          Deputy Clerk