UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN A. LUNFORD, ) | |
|  ) | CASE NO.: 3:13-CV-00404-RCJ-WGC |
| Plaintiff, ) | |
|  ) | |
| v.  ) | O R D E R |
|  ) | |
| ROBERT BANNISTER, *et al.,* ) | |
|  ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #43) entered on October 26, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #31).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #43).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #31) is GRANTED.  The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 3RD day of December, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE